FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIESA WOODS,<br><br>Plaintiff,<br><br>v.<br><br>ASTRIA HEALTH, a Washington Nonprofit Corporation,<br><br>Defendant. | No. 1:24-CV-03104-ACE<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS FCA CLAIMS AND TO UNSEAL<br><br>ECF No. 6 |

**BEFORE THE COURT** is Plaintiff's Motion to Dismiss False Claims Act Claims and to Unseal. ECF No. 6. The Court, having reviewed the motion, proposed orders, and all information provided therein, and, finding good cause, **HEREBY ORDERS as follows**:

1. Plaintiff's Motion to Dismiss False Claims Act Claims, **ECF No. 6**, is **GRANTED**.

2. The False Claims Act claims in the complaint are hereby **DISMISSED with prejudice** as to Plaintiff, Relator, Marisa Woods, and **DISMISSED without prejudice** as to the United States of America.

3. The matter is **UNSEALED**, and all pleadings previously filed herein shall be **UNSEALED with the exception of the United States' Memorandum in Support of Application for an Extension of Time to Consider Election to Intervene (ECF No. 4)**.

ORDER - 1

4.   The case caption shall be amended to remove the United States of America as a named plaintiff in this matter.

**IT IS SO ORDERED**.  The District Court Executive is directed to file this order and provide copies to counsel.

DATED March 17, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2