FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIESA WOODS, | No. 1:24-CV-03104-ACE |
| Plaintiff, | ORDER TO DISMISS WITHOUT PREJUDICE |
| v. | |
| ASTRIA HEALTH, a Washington Nonprofit Corporation, | |
| Defendant. | |

**BEFORE THE COURT** is the Court's May 19, 2025 Order to Show Cause Why This Matter Should Not Be Dismissed For Failure to Prosecute. ECF No. 8.

On March 17, 2025, the Court entered an order granting Plaintiff's motion to dismiss false claims act claims. ECF No. 7. There was no activity in this case until Plaintiff filed an amended complaint on May 23, 2025, shortly after the Court entered the show cause order. *See* ECF No. 9. Plaintiff, however, has failed to specifically respond to the Court's show cause order.

The Court's order directed Plaintiff, by June 2, 2025, to "show cause with particularity" why this action should not be dismissed for failure to prosecute. ECF No. 9. Plaintiff was cautioned that if she failed to show cause within the specified period of time, the action "shall be dismissed, in its entirety, without prejudice."

Although Plaintiff recently filed an amended complaint that appears to raise only state law claims, ECF No. 9, Plaintiff has submitted no timely response to the Court's order to show or otherwise established cause for her failure to prosecute this case. Consequently, as warned by the Court, this case shall be dismissed.

Accordingly, **IT IS HEREBY ORDERED** Plaintiff's complaint, ECF No. 1, and amended complaint, ECF No. 9, are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**. The District Court Executive is directed to file this order, provide copies to counsel, and **CLOSE THE FILE**.

DATED June 3, 2025.



_____

ALEXANDER C. EKSTROM

UNITED STATES MAGISTRATE JUDGE